UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Timothy Askew
                    Plaintiff,

        -Against-

(3) Three Officers of the N.Y.P.D.
And The City of New York
                    Defendants,

ORIGINAL
AMENDED COMPLAINT
11-CV-4276 (ENV)
JURY TRIAL DEMANDED

RECEIVED
OCT 03 2011
PRO SE OFFICE

## I. Parties

Plaintiff Timothy Askew, resides at 42 Christopher Ave. Bklyn. N.Y. Defendants are Members of the N.Y.P.D., resides at UNKNOWN to Plaintiff.

## II.

The Jurisdiction of the Court is invoked pursuant to (28 U.S.C.) Illegal Search.

## III.

Statement of claim. On 8/22/11 at approximately 5:35 P.M. I was sitting on my stoop, in front of 42 Christopher Ave. with my friend Paul Redfurn talking.

At wich time (3) Three under cover police officers, driving an unmarked black car. Lic# EJH-8873. Stoped in front of 42 Christopher Ave. got out, and started searching myself and Paul Redfurn. I asked the officer what was the problem, and why was I being searched. I was told to be quiet, and that they had the right to search anyone at any time.

I than requested their badge numbers, that is when they got back into there unmarked car and left.

This continuing violation of Plaintiff constitutional rights. Is a direct result of the City of New York policy, practice, and customs.

II

IV. The Federal Court Jurisdiction is revolving around Federal Questions. Illegal Search.

V. The remedy that Plaintiff seeks, is money damages in the amount of $150.000.000. million dollars, injunctive and declaratory relief.

I declare under penalty of purjury that the foregoing is true and correct.

10/3/11
DATE

Timothy Askew
Plaintiff