

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**BRIAN J. FARRAR**
Assistant Corporation Counsel
Phone: (212) 341-0797
Fax: (212) 788-0367
Email: bfarrar@law.nyc.gov

January 10, 2012

**<u>BY ECF</u>**
Honorable Steven M. Gold
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: <u>Timothy Askew v. City of NY, et. al.,</u>
> 11-cv-4276 (ENV)(SMG)

Your Honor:

I am the Assistant Corporation Counsel assigned to the above-referenced matter.[1] I write in response to Your Honor's Order dated September 16, 2011, whereby this Office was directed to attempt to identify the John Doe officers named in the complaint by January 10, 2012.

To date, the undersigned has been able to ascertain the identities of two NYPD officers who were, upon information and belief, using the car with the license plate number EJH-8873 on August 22, 2011. Both of the officers can be served with process at One Police Plaza, Room 1100, New York, NY 10038.

- Detective Christopher Schilling, Shield No.06516; and

- Detective Evagelos Dimitrikakis, Shield No. 01793.

---

[1] This case has been assigned to Assistant Corporation Counsel Aimee Lulich, who is presently awaiting admission to the Bar and is handling this matter under supervision. Ms. Lulich may be reached directly at (212) 788-0725, or by email at alulich@law.nyc.gov.

I recognize that plaintiff names three John Doe police officers in his complaint. However, at this time there is no indication that any other Officer was assigned to, or using, the car described by plaintiff on the evening of August 22, 2011. Should more information become available, this Office will promptly provide the names and service addresses of any additional officers to the Court and plaintiff.

Respectfully submitted,

/S

Brian J. Farrar
Assistant Corporation Counsel

cc: Timothy Askew
42 Christopher Ave., Apt. 3B
Brooklyn, NY 11212