UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

Timothy Askew,

                                              Plaintiff,

              -against-

(3) Three Officers of the N.Y.P.D. and the City of New York,

                                              Defendants.

------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

11-CV-4276 (PKC) (SMG)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Timothy Askew
*Plaintiff Pro Se*
P.O. Box 203
Liberty, New York  12754

By: *[signature]*
Timothy Askew
*Plaintiff Pro Se*

Dated: New York, New York
          2/11       , 2014

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York, Christopher, Schilling and Evagelos Dimitrikakis*
100 Church Street, Rm. 3-197
New York, New York 10007

By: *[signature]*
Aimee Lulich
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. PAMELA K. CHEN
UNITED STATES DISTRICT JUDGE